Jeffrey J. Hunt (5855) (jhunt@parrbrown.com)
David C. Reymann (8495) (dreymann@parrbrown.com)
Cheylynn Hayman (9793) (chayman@parrbrown.com)
Stephen C. Mouritsen (16523) (smouritsen@parrbrown.com)
Jeremy M. Brodis (16006) (jbrodis@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

Attorneys for Defendants Bold Films LP, Bold
Films Productions, LLC, Open Road Films, LLC,
NBCUniversal Media, LLC, and Universal Studios
Home Entertainment LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICHARD DUTCHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOLD FILMS LP, BOLD FILM PRODUCTIONS, LLC, OPEN ROAD FILMS, LLC, NBCUNIVERSAL MEDIA, LLC, and UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC,<br><br>　　　　Defendants. | **AMENDED PRETRIAL SCHEDULING ORDER**<br><br><br><br>Case No. 2:15-cv-110-DB-PMW<br><br>Judge Dee Benson<br>Magistrate Judge Paul M. Warner |

Based upon the stipulation of the parties, and for good cause appearing, the Court hereby amends its Stipulated Pretrial Scheduling Order (Dkt. 242) as follows:

1.      **Pretrial Disclosures.**[1]  Pretrial disclosures and objection deadlines are as follows:

Plaintiff's Rule 26(a)(3) Pretrial Disclosures and Rule 32(a) and (b) Objections:

| | |
|---|---|
| Plaintiff's pretrial disclosures: | February 5, 2019 |
| Defendants' objections and counter designations: | February 19, 2019 |
| Plaintiff's objections and counter-counter designations: | February 26, 2019 |

Defendants' Rule 26(a)(3) Pretrial Disclosures and Rule 32 Objections:

| | |
|---|---|
| Defendants' pretrial disclosures: | February 19, 2019 |
| Plaintiff's objections and counter designations: | March 5, 2019 |
| Defendants' objections and counter-counter designations: | March 12, 2019 |

2.      **Jury Instructions, Special Verdict Form, Voir Dire, Jury Questionnaire.**  By February 25, 2019, after meeting and conferring, the parties shall file proposed jury instructions, voir dire questions to add to the Court's standard questions, a special verdict form, and any proposed jury questionnaire.  Each proposed instruction shall be numbered, indicate whether the instruction is stipulated or contested, and contain citations to authority.  The parties shall also indicate whether the special verdict form, voir dire questions, and jury questionnaire, or parts thereof, are stipulated or contested.  Any objections and grounds therefor to the foregoing shall be filed by March 4, 2019.

3.      **Motions in Limine.**  All motions *in limine* shall be filed by February 15, 2019.  Oppositions shall be filed by March 1, 2019.  Replies shall be filed by March 8, 2019.

---

[1] All service deadlines shall be via email and at or before 5:00 p.m. Mountain Time.

4.      **Final Pretrial Conference.**  The Court shall hold a final pretrial conference on March 19, 2019 at 2:30 p.m.  During the pretrial conference, the Court will hear arguments on any pending pretrial motions and any contested items regarding jury instructions, the special verdict form, voir dire, or the jury questionnaire.

5.      **Jury Trial.**  The jury trial in this matter is set for April 15, 16, 17, 18, 19, 22, 23, 24, 25 and 26, 2019.

DATED this 18th day of December 2018.

BY THE COURT:

_/s/ Dee Benson_

Judge Dee Benson
United States District Judge

**APPROVED AND STIPULATED**:

STEPHEN SILVERMAN LAW

*/s/ Stephen Silverman*
(*signed by filing attorney with permission*)
Stephen Silverman

Attorneys for Plaintiff Richard Dutcher

4830-9231-0146, v. 1